IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00312-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     CARLOS TAFOYA MEZA,
    a/k/a Carlos Meza Jr.,
    a/k/a Carlos Tafoya-Meza,

    Defendant.

## ORDER

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Count Two of the Indictment in the above-captioned case is dismissed.

Dated this 14th day of December, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                Edward W. Nottingham
                Chief United States District Judge